UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY a/s/o DAVID VOSS,<br>　　　　Plaintiff,<br><br>　vs.<br><br>KENNETH E. HAUSMANN, and<br>UNITED STATES MARSHALS SERVICE,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CAUSE NO. |

## COMPLAINT

Comes now Plaintiff, State Farm Mutual Automobile Insurance Company a/s/o David Voss, by counsel, and for its Complaint for relief against Defendants, Kenneth E. Hausmann and United States Marshals Service, alleges and says that:

### I.   JURISDICTION & VENUE

1.　Plaintiff's claim is against United States Marshals Service, as a defendant; therefore, Jurisdiction is proper, pursuant to 28 USC § 1346(b).

2.　Plaintiff's claims arise out of a motor vehicle collision, which occurred in Lake County, State of Indiana; therefore, venue is proper, pursuant to 28 USC § 1391(b)(2).

### II.   FACTUAL ALLEGATIONS & CLAIM FOR RELIEF

3.　All of acts and/or omission of Defendant, United States Marshals Service, ("US Marshal"), herein alleged, were performed and/or omitted by and through the agents, servants, and employees of Defendant, US Marshal, including but not limited to, Defendant, Kenneth E. Hausmann ("Hausmann"), while said agents, servants, and/or employees were acting within the scope and course of their employment.

4.　On or about July 1, 2019, Plaintiff insured a vehicle owned by David Voss.

5.　On or about July 1, 2019, Davis Voss' permissive driver, Elizabeth Voss, was operating said insured vehicle and was slowing down to a stop on Interstate 80 near mile marker

4.4, in Hammond, Lake County, Indiana, when said vehcile was struck from behind by a vehicle driven by Defendant, Kenneth E. Hausmann, causing a collision.

6. The aforementioned collision was directly and proximately caused by the carelessness and negligence of Defendant Hausmann, while he was in the course and scope of his agency and/or employment of Defendant, US Marshal.

7. Defendant US Marshal is liable for the negligence, gross negligence, and or acts and omissions of its employees and/or agents, including, but not limited to, Defendant Hausmann, at all times relevant to the aforementioned collision.

8. As a proximate result of Defendant Hausmann's negligent, reckless, and careless conduct, Plaintiff's insured sustained damages to the insured vehicle.

9. Pursuant to the terms of the insurance policy covering said vehicle, Plaintiff has made payments to or on behalf of its insured, David Voss, as compensation for damages in the amount of $2,518.39.

10. Additionally, Plaintiff's insured David Voss assigned to Plaintiff the right to recover his $500.00 deductible.

WHEREFORE, Plaintiff, State Farm Mutual Automobile Insurance Company a/s/o David Voss, respectfully requests judgment against Defendants, Kenneth E. Hausmann and United States Marshal Service, in the amount of $3,018.39, plus interest from the date of judgment and the costs of this action, together with all other relief deemed just and proper in the premises.

Respectfully submitted,

/s/ *Patrick C. Thomas*
Patrick C. Thomas, IN #31536-53
**KAHN, DEES, DONOVAN & KAHN, LLP**
501 Main Street, Suite 305
Post Office Box 3646
Evansville, Indiana  47735-3646
Telephone: (812) 423-3183
Facsimile: (812) 423-3841
Email: pthomas@kddk.com